# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

161641

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

WILLIAM D. CHAKLOS and CATHY
CHAKLOS,
      Plaintiffs-Appellees,

v

ST. JOHN PROVIDENCE, d/b/a ST. JOHN
PROVIDENCE HEALTH, and d/b/a ST. JOHN
HEALTH SYSTEM, ASCENSION HEALTH,
SUSAN A. IVANOVIC, M.D., and
INDEPENDENT EMERGENCY
PHYSICIANS, PC,
      Defendants,

and

PROVIDENCE-PROVIDENCE PARK
HOSPITAL, d/b/a PROVIDENCE-
PROVIDENCE PARK HOSPITAL-NOVI, and
d/b/a PROVIDENCE PARK HOSPITAL,
      Defendant-Appellant.

SC: 161641
COA: 352735
Oakland CC: 2018-170293-NH

_____/

      On order of the Court, the application for leave to appeal the June 3, 2020 order of
the Court of Appeals is considered, and it is DENIED, because we are not persuaded that
the question presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



b0526

Clerk